UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Date: March 20, 2008
Present: **Magistrate Judge Kathleen Kay**
Minute Clerk: **Tina Benoit**
Court Reporter: FTR Digital Recording

Court Opened: 1:49 P.M. & 3:35 P.M.
Court Adjourned: 2:10 P.M. & 3:40 P.M.
Total Time in Court: /26 minutes

## MINUTES OF COURT for INITIAL APPEARANCE

**Check those that apply:**

Case Number: 

Magistrate Number: Sundry 08-00021

USA Attorney: Brett Grayson

Defendant: **JENNIFER GUILLORY**

Defendant's Attorney: Joseph R. Streva, Jr.

( )CJA  (X)FPD  ( ) Retained  ( ) Waived

Interpreter:

__X__ Defendant in custody

__X__ Conditions of Release Signed (AO199)

__X__ Bond set at $5,000.00 (unsecured)

__X__ Appearance & Compliance bond signed (AO98A)

_____ Bond not made, remanded to custody

_____ Failed to Appear

_____ Agent Testified, _____

*************************************************************************

__X__ Case called for INITIAL APPEARANCE on warrant for failure to appear before Grand Jury
__X__ Defendant advised of charge(s), maximum penalty, and rights
_____ **Identity Hearing** ( )Waived  ( )Held  ( ) Set For _____
_____ **Preliminary Examination** ( )Waived  ( )Held  ( ) Set For _____
_____ **Detention Hearing** ( )Waived  ( )Held  ( ) Set For
_____ Detention Hearing called for by ( ) Government  ( )Defense  ( )Court  ( )Waived
_____ Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act signed (AO470)
_____ Order of Temporary Detention to Permit Revocation of Conditional Release or Deportation signed(AO471)
_____ Order of Detention Pending Trial signed (AO472)
_____ Waiver of Rule 40 hearings (Excluding Probation Cases) signed (AO466) _____ Order of Removal signed
_____ **Removal Hearing** ( ) Held  ( ) Set For _____
_____ Commitment to Another District signed and directed to U.S. Marshal under Rule 40 (AO940)
_____ **Arraignment** ( )Held  ( )Set For
_____ Interpreter sworn and written oath signed
_____ Case called for OTHER _____
__X__ Defendant's Attorney:   Joseph R. Streva, Jr.
         Address:   102 Versailles Blvd., Ste. 816, Lafayette, LA 70501
         Telephone no.:   (337) 262-6336

Comments: <u>Advised of right to conflict free counsel. Rule to Show Cause for failure to appear before the Grand Jury in Lafayette, LA set before Judge Minaldi on April 4, 2008 @ 11:30 A.M.</u>